**Dismiss and Opinion Filed September 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00827-CV**

**SANDRA CRENSHAW, Appellant**
**V.**
**LIMESTONE COUNTY JUDGE PATRICK SIMMONS, Appellee**

**Appeal from Pre-filing Order**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

On August 25, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by September 4, 2023. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested jurisdictional brief. To date, appellant has not filed the requested brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

230827f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SANDRA CRENSHAW, Appellant

No. 05-23-00827-CV       V.

LIMESTONE COUNTY JUDGE
PATRICK SIMMONS, Appellee

On Appeal from a Pre-filing Order.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and Reichek
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 28th day of September, 2023.